COURT OF APPEALS OF VIRGINIA

UNPUBLISHED

Present:    Judges Humphreys, McCullough and Senior Judge Bumgardner

MILTON BROWN

                                                              MEMORANDUM OPINION[*]
v.      Record No. 0250-14-1                                  PER CURIAM
                                                              JUNE 3, 2014
BFI WASTE SERVICES, LLC, AND
  AMERICAN ZURICH INSURANCE COMPANY

          FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

          (Philip J. Geib, on brief), for appellant.

          (Stephanie S. Ryan; Ryan Law PLLC, on brief), for appellees.


        Milton Brown appeals a decision of the Workers' Compensation Commission denying

his request for sanctions to include fees, penalties, and costs against BFI Waste Services, LLC,

and American Zurich Insurance Company (appellees).  We have reviewed the record and the

commission's opinion and find that this appeal is without merit.  Accordingly, we affirm for the

reasons stated by the commission in its final opinion.  See Brown v. BFI Waste Servs., VWC

File No. VA02000004152 (Jan. 13, 2014).  We dispense with oral argument and summarily

affirm because the facts and legal contentions are adequately presented in the materials before

the Court and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

                                                                            Affirmed.

_____
[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.